OPINION — AG — **** SHERIFFS — TRAFFIC ARRESTS — BAIL **** TILE 22 O.S. 1961 1101 [22-1101], REQUIRES THAT IN CRIMINAL CASES EXCEPT CASES PUNISHABLE BY DEATH AND WHERE NOT OTHERWISE PROVIDED IN THE NEW TRAFFIC ARREST BOND LAW, THE SHERIFF MUST ACCEPT BAIL FOR THOSE PERSONS JAILED AT TIMES OTHER THAN NORMAL WORKING HOURS, PROVIDED PROPER BAIL HAS BEEN SET AS PROVIDED BY LAW. (DALE F. CROWDER)